

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-18-00421-CV

---

RENO MANAGEMENT INC. AND ALFONSO FLORES NORIA, GUARANTOR
JOINTLY AND SEVERALLY, Appellants

V.

SMALL BUSINESS TERM LOANS, INC. D/B/A BFS CAPITAL, ASSIGNEE OF
BofI FEDERAL BANK, Appellee

---

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2018-00916

---

Before Gabriel, Kerr, and Pittman, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' unopposed motion to dismiss their appeal.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 25, 2019